# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
HOWARD CHARLES RICHARDSON

)
)
)
)
)
)
)

Case: 1:21-mj-00662
Assigned To : Faruqui, Zia M.
Assign. Date : 11/19/2021
Description: Complaint w/ Arrest Warrant

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __HOWARD CHARLES RICHARDSON__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury;
18 U.S.C. § 231(a)(3)- Civil Disorder;
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __11/22/2021__

Zia M. Faruqui
2021.11.22
18:17:33 -05'00'

*Issuing officer's signature*

City and state: __Washington, D.C.__

Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* __11/30/21__, and the person was arrested on *(date)* __11/30/21__
at *(city and state)* __Philadelphia, PA__.

Date: __11/30/21__

*Arresting officer's signature*

Daron Schreier, Special Agent
*Printed name and title*