UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | DOCKET NO. 21-CR-721 |
| | : | |
| HOWARD RICHARDSON | : | |

### MOTION TO ADMIT THOMAS C. EGAN III, ESQUIRE AS ATTORNEY FOR THE DEFENDANT, HOWARD RICHARDSON, PRO HAC VICE

I, Teresa Whalen, Esquire, hereby move for the admission of Thomas C. Egan III, Esquire, as attorney *Pro Hac Vice* in the above-captioned matter pursuant to Local Rule of Procedure 82(d) of the United States District Court for the District of Columbia. I am a member in good standing of the Bar of this Court and sponsor the admission of the Thomas C. Egan III, Esquire. The Motion is supported by the Declaration of Thomas C. Egan III, Esquire attached hereto.

Respectfully Submitted,

*Teresa Whalen*

_____
Teresa Whalen, Esquire
Bar No. 458149
Law Office of Teresa Whalen
801 Wayne Ave., Ste. 400
Silver Spring, MD 20910
301-728-2905 cell/ 301-588-1980

## VERIFICATION

I, Teresa Whalen, Esquire, hereby verify that the facts contained within this Motion are true and correct to the best of my information and belief.

*Teresa Whalen*

Date:   1/11/22                                          _____
                                                                        Teresa Whalen, Esquire

## CERTIFICATE OF SERVICE

I, Teresa Whalen, Esquire, hereby certify that I caused this Motion to be served via ECF upon the following persons and/or entities:

Clerk
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Emily Allen, Esquire
Assistant United States Attorney

*Teresa Whalen*

Date:   1/11/22                                          _____
                                                                        Teresa Whalen, Esquire