# EXHIBIT 2

# Philadelphia Police Department Investigation Report

A - Approved

Page 1 of 4

DC Number
Report No
Report Date  7/10/2018 12:04:25 PM
Report Type  Investigation Report (75-49)

Unit Control#:

| | | | |
|---|---|---|---|
| Classification | 1501 - WEAPONS HANDGUN ADULT | Occurred On | 7/9/2018 12:00:01 AM |
| Previous Classification | 1501 - WEAPONS HANDGUN ADULT | Reported On | 7/9/2018 3:03:58 PM |
| Location of Occurrence | 7261 E Roosevelt Blvd | Disposition / Status | 4 - Active |
| Dist/Sect of Occurrence | 15th District PSA 3 | Clearing Unit | |
| Responding Officer | | Investigating Officer | |
| Assisted By | | Dist/Unit Preparing | |
| Related Cases | | | |

## Report Approval

Completed  7/10/2018 12:04:25 PM
Approved   7/10/2018 11:47:55 PM

## Report Summary

On 7-9-18 at a report of a weapons offense was made to police.

## Classification Detail: 1501 - WEAPONS HANDGUN ADULT

| | | | | | |
|---|---|---|---|---|---|
| Location | 053 - Highways (Outside Structure) | | | No. Prem. Entered | |
| Offense Completed? | YES | Using | | Entry Method | |
| Hate/Bias | None (No Bias) | Criminal Activity | Possessing/Concealing | Type Security | |
| Domestic Violence | NO | Weapons/Force | Handgun | Tools | |

## Victim / Complainant V2: Society/Public

| | | | | | |
|---|---|---|---|---|---|
| Address | | DOB | | Officer Payroll # | |
| CSZ | | Age / Race / Sex | / / | District / Unit | |
| Home Phone | | Ethnicity | | SSN | |
| Cell Phone | | Occupation/Grade | | OLN | |
| Beeper | | Employer/School | | OLN State / Country | / |
| Email | | Emp/Sch Address | | Injury | |
| Work Phone | | Emp/Sch CSZ | | Circumstances | |
| Found Date | | Found Location | | Reason for Absence | |
| Reason for Cancellation | | Found City | | | |
| PCIC/NCIC Notification | | | | | |
| Victim Notes | | | | | |

## Interview Section

| | | | | |
|---|---|---|---|---|
| Interview Date | | Interviewed By | (PR / #) | 75-483 Completed |
| Interview Location | | Others Present | | |

Interview Summary: On 7-9-18 at approximately 2:59 pm officers from the 15th district responded to a radio call for a person with a gun at Princeton and Brous. Upon arrival at that location the officers were flagged down by the offender who stated that he was armed, and has a valid permit to carry. The offender stated that he had gotten into a verbal dispute with the complainant at the gas station located at 7261 Roosevelt Boulevard over the complainant blocking the gas pumps. The offender informed the officers that the complainant and witness were parked at the end of the block. The officers then made contact with the complainant who verified that he had a dispute with the offender over parking at the gas station. The complainant stated during the dispute the offender lifted his shirt showing he had a firearm on him. The complainant stated he then called his brother, listed witness, to come to the location. The complainant and the witness then followed the offender out of the gas station. The complainant stated the offender pulled over on Cottman Avenue and exited his vehicle. The complainant stated the offender then produced his firearm from his waistband, and walked towards his vehicle, telling him to stop following him. The offender then returned to his vehicle and drove away. The complainant and witness then followed the offender until they observed him flag down the responding officers. The complainant, witness, and offender all came to Northeast Detectives. The offender was advised of his rights and provided a statement to Detectives Ruddy and Mcintyre, assigned to the gun violence reduction task force. The offender stated that during the dispute at the gas station, he felt threatened by the complainant, informed him that he was armed, and lifted his shirt to show the firearm. The offender stated when he attempted to leave the gas station, the witness arrived on location, threatened to assault him, and told the offender to shoot him. The offender then drove out of the gas station and stated the complainant and witness followed him. The offender stated while driving on Cottman Avenue the witness pulled his car in front of him, forcing the offender to pull over, while the complainant parked his vehicle behind the offenders. The offender stated that he felt threatened being stuck between the complainant and witnesses vehicles. The offender then exited his vehicle and produced his firearm. The offender stated he told the males to stop following him without ever pointing the firearm at either of them. The offender then drove away and flagged down the responding officers. The offenders firearm and gun permit were confiscated. The assigned spoke with employees at the Sunoco gas station at 7261 Roosevelt Boulevard who stated they have