# EXHIBIT 3



# EAST NORRITON TOWNSHIP POLICE DEPARTMENT
## SUPPLEMENTARY INVESTIGATION REPORT
## SUPPLEMENTAL REPORT

| | | | 4. Other Agency Case # | 5. Department Case Number |
|---|---|---|---|---|
| | | | | **2020-10387** |

| 6. Crime/Incident | 7. New Crime/Incident If Changed | |
|---|---|---|
| **WEAPONS OFFENSE** | **DRIV WHILE OPER PRIV SUSP OR REVOKED** | **1543 A** |
| | **EXPIRED REGISTRATION** | **1307 D** |
| | **FIREARM NOT TO BE CARRIED W/O LICENSE-NO CRIM VIOL** | **6106 A2** |

| 8. Crime Location | 9. Date of Crime |
|---|---|
| **W GERMANTOWN PIKE/MILL RD ENOR, EAST NORRITON TWP, PA 19401** | **10/10/2020 14:19** |

| 10. Victim(s) Name | 11. Home Phone / Cellular | 12. Vic im(s) New Address |
|---|---|---|
| | / | |

| 13 .Value of Stolen or Recovered Property | A. Currency | B. Jewelry | C. Furs & Clothing | D. Auto | E. Office Equipment |
|---|---|---|---|---|---|
| | F. Televisions / Radios | G. Firearms | H. Household Goods | I. Consumable Goods | J. Live Stock   K. Miscellaneous |

| 14. Additional Stolen Property Value | 15. Add I Recovered Property Value | 16. | 17. |
|---|---|---|---|
| | | | |

| 18. Vehicle | 19. Year | 20. Make | 21. Body Type | 22. Color | 23. Registered Number & State | 24. Serial Number or Identification |
|---|---|---|---|---|---|---|
| | **2004** | **DODGE** | **TRUCK** | **GRAY** | | |

| 25. N.C.I.C. | 26. | 27. | 28. Additional Technical Service-Agency |
|---|---|---|---|
| | | | |

| 29. No. of Accused | 30. New Accused | 31. Adult | 32. Juvenile | 33. Status Crime | 34. Status Case | 35.UCR Status Month Yr. | 36. Date Cleared |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 37. Code   38. Name   39. Address | 40.Age | 41.Sex | 42.Race | 43.Eth | 44.DOB |
|---|---|---|---|---|---|
| [CONTACT] MONTGOMERY COUNTY SHERIFFS DEPARTMENT - COURTHOUSE, FIRST FLOOR, | | | | | |
| [DEFENDANT] RICHARDSON, HOWARD C - | | | | | |
| [PROPERTY] FIREARM/WEAPON - - EVIDENCE - - - - - $ - 1.00 - - 1, FIREARM/WEAPON, BERETTA USA CORP., PY88420, .40 S&W, PX40 STORM, HANDGUN, BLACK MAGAZINE, 10 .40 CALIBER ROUNDS | | | | | |

**45. Narra ive**

**Author :**

On Monday 10/26/2020 I spoke with Lieutenant _____ of the Montgomery County Sheriff's Department via email regarding the defendant's revoked license. Lt. _____ supplied me with the revocation letter send to the defendant regarding his revoked permit #3884, dated 08/09/2018. The reason annotated on the letter states "A person whose character/reputation indicates danger to public safety."

I was advised by Lt. _____ that the defendant then hired an attorney to assist him in reinstating his permit. I was advised this letter was sent to the Montgomery County Sheriffs Department and dated 1/28/2020. This shows that the defendant was aware of his revoked permit. To this point I was advised his permit has not be reinstated and is still in revoked status.

Due to the defendant's appeal process, it is unclear at this time whether he will again be eligible for a permit to carry a concealed firearm in the future.

A summons will be filed for the misdemeanor offense of 'firearms not to be carried without a license' 6106A2, in addition to 1543A 'driving while suspended', and for 1307D' expired registration'.

This case remains open.

*Case No. 2020-10387*

| Print Rank/OFC Name | Badge No. | Page No. | Report Date | Reviewed By | |
|---|---|---|---|---|---|
| | | 1 Of 1 | 10/29/2020 | | |
| Signature | | | | Supervisor Signature | |