# EXHIBIT 4



# EAST NORRITON TOWNSHIP POLICE DEPARTMENT
## INVESTIGATION REPORT

| 1. Department | 2. Mun. Code | 3. Phone Number | 4. CAD Incident# | 5. Other Agency Case # | 6. Department Case Number |
|---|---|---|---|---|---|
| EAST NORRITON TOWNSHIP POLICE DEPARTMENT | | | | | 2020-10387 |

| 7. Crime / Incident | 8. Statute | 9. Victim/s | | | | 10. SSN |
|---|---|---|---|---|---|---|
| FIREARMS NOT TO BE CARRIED W/O LICENSE<br>DRIV WHILE OPER PRIV SUSP OR REVOKED<br>EXPIRED REGISTRATION | 6106 A1<br>1543 A<br>1307 D | | | | | |
| | | 11. Age | 12 DOB | 13. Sex | 14. Race | 15. Eth |

| DATE AND TIME | 16. Between | 17. Hour<br>14:19 | 18. Day<br>SAT | 19. Mo.<br>10 | 20. Date<br>10 | 21. Yr.<br>2020 | 22. Vicim(s) Home Address | 23. Home Phone / Cellular / |
|---|---|---|---|---|---|---|---|---|

| 24. Crime/Incident Location | 25. Vicim's Employer | 26. Phone # |
|---|---|---|
| W GERMANTOWN PIKE/MILL RD ENOR, EAST NORRITON TWP, PA 19401 | | |

| 27. Municipality | 28. County | 29. Code | 30. Person Reporting Crime/Incident | 31. Date and Time |
|---|---|---|---|---|
| EAST NORRITON TOWNSHIP | MONTGOMERY | 46202 | | 10/10/2020 14:19 |

| 32. Type of Premises | 33. Weapons / Tools | 34. Address | 35. Home Phone / Cellular |
|---|---|---|---|
| ROAD / STREET / SIDEWALK | Pistol | | / |

36. Modus Operandi

| 37. Vehicle | 38. Year | 39. Make | 40. Model | 41. Body Type |
|---|---|---|---|---|
| USE IN CRIME | 2004 | DODGE | DAKOTA | TRUCK |

| 42. Color | 43. Registered Number & State | 44. Serial Number or Identification | 45. Towing Company |
|---|---|---|---|
| GRAY | | | |

| Value of Stolen/Recovered Property | 46. Currency | 47. Jewelry | 48. Furs | 49. Clothing | 50. Auto | 51. Misc. |
|---|---|---|---|---|---|---|

| 52. Total Value Stolen | 53. Total Value Recovered | 54. Teletype Alarm | 55. Technical Services | 56. Technician-Agency |
|---|---|---|---|---|

| 57. Weather<br>CLEAR | | 58. NIC | 59. Assisting Agencies |
|---|---|---|---|

| 60. No. of Accused<br>1 | 61. Adult<br>1 | 62. Juvenile<br>0 | 63. Status Crime<br>Cleared by Summons | 64. Status Case | 65. UCR Status Month Yr. | 66. Date Cleared |
|---|---|---|---|---|---|---|

| 67. Code | 68. Name | 69. Address | 70. Age | 71. Sex | 72. Race | 73. Eth | 74. DOB | 75. HM | 76. WK | 77. C |
|---|---|---|---|---|---|---|---|---|---|---|

78. Narrative

On Saturday 10/10/2020 at approximately 1419 hours, I conducted a traffic stop at West Germantown Pike and Mill Road. I was alerted by an automatic license plate reader of an expired registration. The operator and owner of the vehicle, later identified as Howard Richardson, was operating a gray Dodge Dakota bearing Pennsylvania registration plate _____, suspended since 11/30/2019. This expired registration was confirmed through NCIC prior to conducting the traffic stop. I initially approached the driver's side window, explained the reason for the stop and requested Richardson's license, registration, and proof of insurance. He provided me with all three documents and I returned to my patrol vehicle to continue the investigation.

Upon returning to my vehicle, NCIC revealed that Richardson's drivers license was also suspended and had a revoked permit to carry a concealed firearm. Permit #3884, issued out of Montgomery County, Pennsylvania.

I returned to operator's vehicle on the passenger side to continue speaking with Richardson. I advised him that I was aware that his license was suspended and that he had a revoked concealed carry permit. Richardson told me that he was involved in an alteration in Philadelphia. As a result of that altercation, Richardson stated, the Philadelphia Police Department confiscated his firearm and his permit to carry a concealed firearm. I asked Richardson if he was currently carrying a firearm in the vehicle. Richardson stated that no, he was not carrying a firearm. I asked him again further into our conversation if he was carrying a firearm, and eventually he stated he is in fact carrying a firearm and that he always carries one. He advised me that the firearm was on his right hip, loaded and concealed. At this point, I requested a backup unit at reduced speed. While my backup was in route, I continued to speak with Richardson and clearly explained what was going to happen when an additional officer arrived. It was

| Print Rank/OFC Name | Badge No.<br>56 | Page No.<br>1 Of 2 | Report Date<br>10/11/2020 | Reviewed By: |
|---|---|---|---|---|
| Signature | | | | Supervisor Signature |

ADULT

Case No. 2020-10387

| Department | ORI No. | Dept. Case No. | Incident No. |
|---|---|---|---|
| EAST NORRITON TOWNSHIP POLICE DEPARTMENT | | 2020-10387 | |

explained that Richardson would be asked to safety exit the vehicle and step to the back of his car with his hands visible at all times and that I was going to recover the firearm from his hip.

Officer _____ arrived on location and Richardson was asked to keep his hands visible and move to the rear of his vehicle. I safely recovered a black Beretta Px40 from the holster and cleared the round from the chamber. Ten rounds total were recovered from the chamber and the magazine. The firearm was then secured in the my patrol vehicle. At this point, Sergeant _____ arrived on location.

County dispatch confirmed, after providing them with serial number _____, that the firearm was not stolen and was registered to Richardson.

I returned all of Richardson's documentation to him and advised him he would be receiving a summons for the charges noted. Richardson was then released without incident.

This case remains open pending charges.

| Print Rank/OFC Name | Badge No. | Page No. | Report Date | Reviewed By: |
|---|---|---|---|---|
| | 56 | 2 Of 2 | 10/11/2020 | |
| Signature | | | | Supervisor Signature |