UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-721-CKK |
| v. : | |
| : | |
| HOWARD CHARLES RICHARDSON, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court the government has filed United States's Opposition To Defendant's Motion For Bail. We request that Exhibit 1, attached hereto and listed below, be made part of the record in this case and linked with Docket Entry 17:

1. Exhibit 1 – FBI Investigation Agent Schreier-BWC of Naticchione.mp4 video

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

/s/ *Emily W. Allen*
EMILY W. ALLEN
Assistant United States Attorney
CA Bar No. 234961
Assistant U.S. Attorney
District of Columbia
Capitol Riot Detailee
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 907-271-4724
Email: Emily.allen@usdoj.gov