UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HOWARD CHARLES RICHARDSON,<br><br>Defendant. | Criminal No. 21-721 (CKK) |

**PRETRIAL SCHEDULING ORDER**
(March 14, 2022)

Below, the Court adopts the dates proposed by the parties in their [24] Proposed Pretrial Scheduling Order

Plea                                                                                                          *Deadlines*

During plea negotiations, the parties shall discuss the statutory penalties and sentencing guidelines that would apply with and without a superseding indictment. This will be discussed on the record as well. The parties shall promptly notify the Court if they reach a plea agreement.

Discovery & Associated Deadlines
| | |
|---|---|
| Government to complete any final discovery under present indictment | April 1, 2022 |
| Aspirational date for grand jury decision re: superseding indictment | n/a |
| Government to complete discovery under any superseding indictment | n/a |
| Discovery motions (Fed. R. Crim. P. 16) | April 29, 2022 |

Expert Notices & Other Crimes Evidence
| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | May 13, 2022 |
| Defendant's expert notice (FRE 701 & 702) | May 13, 2022 |
| Government's FRE 404(b) notice | May 13, 2022 |
| Defendant's response to FRE 404(b) notice | May 25, 2022 |

Experts
| | |
|---|---|
| Expert reports (FRE 702) | May 13, 2022 |
| Lay witness identification and subject matter (FRE 701) | n/a |

Non-Evidentiary Pretrial Motions
| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | May 13, 2022 |
| Government's response to Defendant's non-evidentiary motions | May 25, 2022 |
| Defendant's reply as to non-evidentiary motions | June 1, 2022 |

1

| | |
|---|---|
| Government's non-evidentiary pretrial motions | May 13, 2022 |
|     Defendant's response to Government's non-evidentiary motions | May 25, 2022 |
|     Government's reply as to non-evidentiary motions | June 1, 2022 |

Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | May 13, 2022 |
|     Government's response to Defendant's evidentiary motions | May 25, 2022 |
|     Defendant's reply as to evidentiary motions | June 1, 2022 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | May 13, 2022 |
|     Defendant's response to Government's evidentiary motions | May 25, 2022 |
|     Government's reply as to evidentiary motions | June 1, 2022 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | May 13, 2022 |
| Responses to motions *in limine* | May 25, 2022 |
| Replies as to motions *in limine* | June 1, 2022 |
| Joint notice of stipulations | June 13, 2022 |
| *Giglio* and *Jencks* material | June 13, 2022 |
| *Voir Dire* and Jury Instructions | June 13, 2022 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | June 13, 2022 |
| Defendant's witness list, exhibit list and exhibits | June 13, 2022 |
| Status Hearing | June 6, 2022, 1:30pm |

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

    **SO ORDERED.**

                                                               /s/
                                                        COLLEEN KOLLAR-KOTELLY
                                                        United States District Judge