# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 21-CR-721-CKK |
| v. | 18 U.S.C. § 111(a)(1) |
| **HOWARD CHARLES RICHARDSON,** | |
| **Defendant.** | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, HOWARD CHARLES RICHARDSON, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020

Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence,

were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *RICHARDSON's Participation in the January 6, 2021, Capitol Riot*

8.     Defendant HOWARD CHARLES RICHARDSON lives in King of Prussia, Pennsylvania.  On the morning of January 6, 2021, defendant traveled from his home to Washington, D.C. to attend a rally in support of then-President Trump and to protest Congress's certification of the Electoral College.

9.     On January 6, defendant made his way to the restricted area of the U.S. Capitol grounds.  He passed by metal barriers and police officers attempting to keep the crowd away from the building.  For several minutes, he stood among the crowd and waved a blue and white Trump flag.  He then made his way to the edge of the crowd, toward the U.S. Capitol building, and approached the line of police officers and a set of metal barricades.

10.    At about 1:38 pm, defendant was standing several feet away from the police line holding his flagpole.  He then raised the flagpole and forcefully swung it downward to strike a police officer standing behind the metal barricade.  Defendant's flagpole made contact with the officer.  Defendant raised his flagpole again, and forcefully swung it downward, striking the officer

for a second time. Defendant struck the officer a third time, using enough force to break the flagpole.

11.    Defendant retreated from the police line after someone deployed pepper spray or tear gas, and he backed away to shield his eyes. He remained on the U.S. Capitol grounds until approximately 3:10 pm.

## *Elements of the Offense*

12.    Defendant HOWARD CHARLES RICHARDSON knowingly and voluntarily admits to all the elements of Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1). Defendant admits that he forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of their official duties. Specifically, defendant admits that he forcibly struck MPD Officer R.N. three times with a metal flagpole, which made contact with the officer. Defendant admits that R.N. was a person assisting the United States Capitol Police, that is, an officer from the D.C. Metropolitan Police Department. Defendant further admits that he knew at that time of the assault that R.N. was engaged in the performance of their official duties and that he assaulted, resisted, opposed, impeded, intimidated, or interfered with the officer on account of their performance of their official duties.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: _____

EMILY W. ALLEN
Assistant United States Attorney
Cal. Bar No. 234961

## DEFENDANT'S ACKNOWLEDGMENT

I, HOWARD CHARLES RICHARDSON, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 4/13/22

HOWARD C. RICHARDSON
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 4/21/22

TOM EGAN
Attorney for Defendant