## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
     :
     :
**V.**      :      **DOCKET NO. CR-721-21**
     :
**HOWARD RICHARDSON**      :

### *DEFENDANT'S, HOWARD RICHARDSON'S, SENTENCING MEMORANDUM*

The Defendant, Howard Richardson, was charged with the following offenses:

Count One: Civil Disorder, in violation of 18 U.S.C. § 231(a)(3);
Count Two: Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, in violation of 18 U.S.C. § 111(a)(1) and (b);
Count Three: Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. § 1752(a)(1) and (b)(1)(A);
Count Four: Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. § 1752(a)(2) and (b)(1)(A); 2
Count Five: Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. § 1752(a)(4) and (b)(1)(A);
Count Six: Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D); and,
Count Seven: Act of Physical Violence in the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F).

On 27 April 2022, the Defendant, Howard Richardson, appeared before the Honorable

Colleen Kollar-Kotelly and entered a guilty plea to a reduced charge on Count Two of Assaulting,

Resisting, or impeding Certain Offenses Using a Dangerous Weapon in violation of 18 U.C.S.

Section 111(a)(1). Sentencing was deferred pending the completion of a Presentence Report.

**Factual Basis of Guilty Plea**

Richardson lives in King of Prussia, Pennsylvania. On the morning of 6 January 2021,

defendant traveled from his home to Washington, D.C. to attend a rally in support of then-President

Donald Trump and to protest Congress's certification of the Electoral College vote declaring Joseph Biden as President Elect. Richardson made his way to the restricted area of the U.S. Capitol grounds. The Capitol grounds were protected by metal barriers and police officers attempting to keep the crowd away from the building. For several minutes, Richardson stood among the crowd and waved a blue and white Trump flag. Richardson proceeded to walk to the edge of the crowd, toward the Capitol building. Richardson approached the line of police officers and a set of metal barricades.

At approximately, 1:38 pm, Richardson was standing several feet away from the police line holding his flagpole. In response to the nearby emission of pepper spray, Richardson raised the flagpole and forcefully swung it downward to strike in the direction of a police officer standing behind the metal barricade. Richardson's flagpole made contact with the hand and/or baton of the police officer. Richardson raised his flagpole again, and forcefully swung it downward, striking the officer on the hand and/or baton for a second time. Richardson swung the flagpole down a third time, but the flagpole broke mid-swing. Richardson retreated from the police line after someone deployed pepper spray or tear gas, and he backed away to shield his eyes. He remained on the Capitol grounds until approximately 3:10 pm. The officer did not suffer any injury. Richardson never entered the Capitol building. Richardson admits he intentionally swung the flagpole and that it made contact with the officer or an extension of the officer (baton held in hand). Richardson had no intention of injuring the officer, or any other person, on 6 January 2021.

**Presentence Report**

Neither counsel nor Richardson have objections to the Presentence Report.

**Sentencing Guideline Range**

Richardson agrees with the sentencing guideline calculation and final guideline ranges set forth in the Presentence Report. The final sentencing guideline ranges are thirty-seven (37) months to forty-six (46) months of imprisonment.

***Sentencing Factors***

After consideration of the sentencing guideline range, the Court must consider the sentencing factors set forth in 18 U.S.C. Section 3553(a). Those factors include: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (3) the need to afford adequate deterrence to criminal conduct, and to protect the public from further crimes of the defendant; (4) the need to provide the defendant with educational or vocational training, medical care, or other correctional treatment in the most effective manner; (5) the guidelines and policy statements issued by the Sentencing Commission; (6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and, (7) the need to provide restitution to any victims of the offense. *United States v. Tomko*, 562 F.3d 558 (3d Cir. 2014) (en banc); 18 U.S.C.A. Section 3553(a).

### ***Nature and Circumstances of the Offense and the History and Characteristics of the Defendant***

**Illegal Conduct**

Howard Richardson travelled to Washington D.C. on 6 January 2021 as did thousands of other United States citizens. Richardson believed to be true Former President Donald Trump's allegations of voter fraud allegedly committed during the November 2020 presidential election. Richardson hoped that the Electoral College, or, then Vice President Michael Pence would declare President Trump the victor on January 6th during the certification of the election. In other words,

Richardson, a Trump supporter, believed he was attending a potential celebratory event. At worst, Richardson wished to declare his support for President Trump and his four (4) year of service.

Richardson brought with him a backpack and a Trump flag mounted on a handheld flagpole for his journey to the Mall. Richardson was not at the forefront of those who trespassed upon Capital grounds, overwhelming the law enforcement officials and the barricades. Richardson trailed many minutes behind the original horde that descended upon the Capitol grounds. Richardson admits that, upon his belated arrival, he ignored barricades and other indications that he was not to continue further onto Capital grounds. However, Richardson did so.

At one point during the event, and prior to the incident giving rise to his criminal actions, Richardson was pepper-sprayed by law enforcement officials who were randomly spraying the large crowd. Richardson required the assistance of others to clear the spray from his eyes. Eventually, Richardson was situated near some scaffolding on the Capital grounds. He and the crowd were separated from law enforcement officials by a metal barricade. Richardson did not pass over this barricade. It is clear from the video, that law enforcement officials and/or someone in the crowd, began to shoot pepper-spray toward Richardson and others on the crowd side of the barrier. The video depicts a woman in very close proximity to Richardson begin to cover her face/eyes in response. She took no physical action against law enforcement officials. Unfortunately, Richardson reacted differently and criminally. Richardson took a downward swing with his flagpole, to which his Trump flag was affixed, directly at the barricade and the hands of a law enforcement official. The flagpole struck the baton and/or hand of the law enforcement officer. In rapid succession, Richardson took a second swing with the same result. On his third swing, the flimsy flagpole broke in two halfway through the downward swipe. The flagpole broke

in mid-air, not against the barricade.  Richardson was pepper sprayed.  This was the end of the incident.

Richardson never entered the Capitol building.  Richardson ultimately left the District of Columbia and returned home the same day.

When Richardson left for Washington D.C. from King of Prussia, Pennsylvania on January 6th, he had no intention of committing a crime.  Unlike others, he did not travel there in a group.  He did not pre-plan action.  He was not a leader.  He was not an organizer.  He was not in the vanguard of those who stormed the Capitol grounds in the first wave.  He attended the rally for the previously mentioned political reasons.  Despite having no ill-intent during the vast majority of his day in Washington D.C., the conduct in which he engaged for less than ten (10) seconds was irrational, unwarranted, illegal, potentially dangerous and the product of a mind overborne by the totality of the circumstances.  The events were overwhelming to countless normal citizens.  Richardson has no excuse for acting in a potentially harmful, physical manner.  He accepts full culpability for the crime he committed.

Richardson surrendered voluntarily to the law enforcement officials in Philadelphia less than twenty-four (24) hours of notification of the charges lodged against him.  There was an agreement that he be released on an OR bond.  Richardson, in his dealings with Pretrial Services in Philadelphia, refused to answer some pertinent questions.  Consequently, the OR bond deal was rescinded, and he has remained incarcerated for many months.

**The Defendant**

Richardson presents as an intelligent, productive, self-made man who turned seventy-two (72) years old in July.  With the exception of his time spent in the military, from which he received an honorable discharge, Richardson has lived in the Philadelphia metropolitan area.  Counsel is

well-aware that the Court has read the Presentence Report thoroughly and will not reiterate the life story of Mr. Richardson.

It is important to highlight the following:  Richardson is a loving father of successful children; Richardson maintains excellent relationships with the living members of his family; Richardson adores being a doting grandfather; Richardson has worked countless hours to build and maintain his pest control business; Richardson has no record of prior convictions; Richardson has been in long-term relationship with Linda Volpe with whom he resides; Richardson enjoys good health overall but incarceration has taken a physical and mental toll upon him given that the rigors of prison are very different for a man his age compared to someone much younger.

Richardson's business has struggled to remain viable.  Ms. Volpe has done the best she can to run the business by locating other pest control subcontractors to fulfill the contractual requirements of the business.  Despite her best efforts, it is estimated that Mr. Richardson has lost one-third (1/3) of the client base he cultivated all these years during his incarceration.  He is not a wealthy man.  The value of the business is by and large the value of his potential retirement fund.  If the business continues to falter, the prospects of Richardson having meaningful retirement funds wanes.  It is vital that he is back at the helm of his business sooner than later.

Richardson does not run a risk of additional criminal behavior given his past history and tremendous effect incarceration has had upon him, his friends and his family.

**Acceptance of Responsibility**

The Defendant has been fully contrite about his participation in the actions to which he has entered his guilty pleas.  He has sought to plead guilty since the outset of the case.  There are no more steps available to him to express his contrition other than to reiterate it at sentencing.

**Need for the Sentence to Reflect the Severity of the Offense and to Provide Just Punishment**

Every offense which results in a federal charge is a serious offense. Richardson's offense, although limited in scope compared to hundreds of others who raided the Capitol grounds and building that day and assaulted law enforcement officials, fall within the serious offense category.

What is a just sentence for a man who is seventy-two (72) years old, has an outstanding professional history, raised excellent children, served honorably in the military, never endured incarceration previously and participated in criminal activity, which was somewhat limited in scope, albeit serious? A sentence of incarceration in the guideline ranges could very well cost Richardson his business and any financial opportunity moving forward.

The sentencing guidelines suggest a term of incarceration of at least thirty-seven (37) months for the average person with this criminal history. The Probation Department recommends a sentence of 18 months of incarceration followed by three (3) years of supervised release. Richardson and counsel cannot quarrel with this recommendation. It reflects a careful weighing of all of the sentencing factors by the Probation Department. Notwithstanding the reasonable recommendation by the Probation Department, Richardson asks this Court to reduce the sentence even further so that he can return home to his friends, family and, critically, his business. After all these years of excellent work in pest control, it would be sad to see it go for naught due to lengthy continued incarceration. It would be very difficult for him, at his age, to rebuild the customer base with an eye toward eventual retirement.

### The Need to Deter Future Criminal Conduct of this Type Generally and to Protect the Public from the Commission of Future Crimes by the Defendant

The public requires protection from any Defendant engaging in future criminal activity. Richardson is not receiving a probationary sentence. Any member of the public would view his

sentence as a deterrent given his age and the fact he still sent to jail for an extended period of time.

It is highly unlikely Richardson will commit another criminal offense.

### Need to Provide the Defendant with Educational and Vocational Training, Medical Care of Other Correctional Treatment

Richardson does not have a need for educational or vocational training.  Richardson is not currently in need of medical care.

### Guidelines and Policy Statements

Other than the Guideline calculation to which Richardson does not object, there are no particular guidelines or police statements which are pertinent.

### Need to Avoid Sentencing Disparities

A sentence of eighteen (18) months or less of incarceration will not create any sentencing disparities with others sentence for criminal conduct arising from the January 6th riot given the totality of the circumstances in this case.

### Restitution

None.

### Financial Information

None.

Respectfully Submitted,

_____

/s/      Thomas C. Egan III, Esquire

Rebecca Matey
3609 S. Banana River Blvd.
Apt. C408
Cocoa Beach, FL  32931

July 18, 2022

Atty. Thomas C. Eagan, III
618 Swede Street
Norristown, PA  19401

Re:  Howard Richardson

Dear Atty. Eagan:

Please find enclosed my letter to be used as a character witness statement for my friend,
Howard Richardson.

Howard bought a timeshare at a resort that my parents built in the late 1980's . Through the
decades, I have come to know Howard well and our relationship has gone from a business
relationship to good friends.

I hope my letter to the court can be of some help to Howard.  Thank you.

Sincerely,

Rebecca Matey

:rm

Rebecca Matey
3609 S. Banana River Blvd.
Apt. #C408
Cocoa Beach, FL  32931

July 18, 2022

To Whom It May Concern:

Re:  Howard Richardson

This letter to the court is being written as a character testimony for my friend, Howard Richardson.

I first met Howard in the early 1990's when I started to work at my family's timeshare resort in Cocoa Beach, Florida.  Howard has been a timeshare owner at the resort that I now manage since 1989.

My relationship with Howard started as a business relationship through my work, but it didn't take long to get to know Howard better and become friends.  Howard is a man of integrity, a man of faith and a patriot. As an Army veteran, he served our country in Vietnam and then with the NSA (with top secret clearance), but his service has continued with his dedication to the military and veterans.  He also continues to serve his community by working at his local polling precinct, which I believe is very honorable.

A man of faith, he is a 20 year member of his local church and has even been on a church mission to Honduras. Howard is a good family man and he has a very good & hard work ethic, having owned his own exterminating business for years.  His incarceration has taken a heavy toll on his family, his partner Linda and his business – everything he loves and has worked so very hard for over the years.

Howard is a caring, giving, generous, honest and good man; a friend I am proud to know and support.  Thank you for any consideration given to Howard going forward.

Sincerely,

*Rebecca Matey*

Rebecca Matey

August 9, 2022

To Whom it May Concern:

This letter is on behalf of Howard Richardson and attest to his character as I know him.

Howard is an honest, hard-working business owner, who goes out of his way to service his clients. I hired Howard to deal with a termite problem in my home. It was a difficult extermination, but Howard didn't stop working on the problem until it was fixed. Time and again, he returned even though he was very busy and works as a one-man show. Every time I called, he was there within hours without charging for extra service.

Howard is an American Patriot who served his country during Vietnam, a devoted father and a devout Christian.

Sincerely,

Jennifer Downing

Jennifer Downing

August 3, 2022

Howard Richardson
DOB: 07/08/1950

I would like to bring to your attention that Howard Richardson is a patient in my practice. He has been diagnosed with bilateral foot neuropathy, borderline diabetes, severe left thumb arthritis, and a recent elevation of prostate specific antigen of 17.9, which puts him at risk for prostate cancer. These conditions need to be routinely monitored through labs, diet modification, daily exercise and physical therapy. Left unchecked and untreated his health will deteriorate.

If you have any questions or concerns, please feel free to contact my office.

Respectfully,

Christopher Malsch, D.O.

Dr. Christopher Malsch
233 W. Germantown Pike
Norristown, PA 19401
610-272-3345

Dear Honorable Judge

Thank you for taking the time to read my letter to you concerning our dear friend Howard Richardson.

We have known Howard for over twenty years. A friend recommended him to us, said he attended their church, and that he could exterminate our home for carpenter ants. Howard was so professional, funny and friendly, that we invited him and his girlfriend Linda to our Halloween Party later that weekend, that was how fast we felt comfortable with him. Feeling comfortable with a person entering our home monthly to exterminate is important, and we recommended him to our friends and neighbors who also used his services.

Our kids loved when Howard came because he would take the time to chat with them and their friends, like an uncle and our dogs loved him too and followed him throughout the house, tails wagging. Dogs know. We enjoyed his company so much that sometimes had him stay for dinner or at least a cup of coffee and we developed a friendship with him which included summer picnics at their house, New Year's Eve movie and dinner plans and he always invited us to join him and Linda at his timeshares for vacations, along with his other friends.  He wanted to share it with us all. We continued to use Howards services until we sold our home this past June and moved out of state.

Howard is a wonderful person, and we were shocked and sickened to learn he was in prison, but we stand by him, because we know him.  The Howard we know, and love is not a dangerous man. His son is a police officer, so we know he respects authority and officers of the law. We know this without question.

He is a Christian and not just since he went to prison, he has always been a believer and a God fearing man. We know that he has made good use of his time to host a bible study with his fellow inmates and did his best to run his exterminator business from inside a prison, his friends and family helping him, his customers standing by him, because they want to help their good friend, of which he has many because he is a good friend to all.

We have always known Howard to be a stand-up person, with principles and morals, a man who says what he means and means what he says, someone who served his country in the military, patriotic and proud of his country, who lived a good life, working hard and raising his family.

Please rest assured that when Howard is released, society is safe and that he will only be adding to the good in society.

Thank you for your time.

God Bless you

William and Christine Gillies

Maureen Richardson                                                                                    July 14, 2022
200 E. Hector St.
Conshohocken, PA 19428

Your Honor,

I am one of Howard's 9 nieces and nephews. I am the daughter of his eldest sister, Dorothy. Howard is the oldest
and has 5 siblings. As I sit here and write this letter today on the 7th anniversary of my mom's passing, I am able to
reflect on all of our family memories. It is bittersweet as there are so many happy memories with all of my aunts and
uncles and sad as many of them have passed on. It pains me knowing my uncle is incarcerated and I miss him
deeply. We have faced trials and tribulations such as any family has. Our continued confidant was my uncle. He is
the patriarch of our family; a ROCK if you will. I have witnessed my uncle help and support all of his siblings with their
immediate family's hardships time and time again. He would do so without blinking an eye, though he had his own 3
children to care after. His support has always continued even now as we were all grown adults.

I would like to share with you my personal experience of my uncle's selfless support to my mother and I. My father
passed away suddenly when I was 7 years old, leaving my mother a single mom. My uncle was always present in our
lives, but during this time he made it a point to always visit, check in on my mom, and offer to take me places as busy
as he was running his own exterminating business. He has been managing and operating his own business for 45
years and is still operating today.  Every visit and family function, he was always in his work uniform. He is one of the
hardest working men I know, however he has always made time for God. My first experience going to a church was
with my uncle. He has never forced his religious beliefs on me but would ask if I would like to go with him. I said,
"Yes," of course. He even got me a spot in the Annual Christmas show every year. This was something we did
together.

One of my fondest childhood memories is my uncle taking me and my mom to Disney World. I remember this day like
it was yesterday. We drove all the way to Florida, vacationed for a week and spent a day at Disney. It really was
magical and he gave me this memory because it was important to him for me to have a childhood full of magical
memories even without my father. My uncle stepped in as the father figure in my life without hesitation.

A few heartwarming facts about my uncle that are examples of the man that he is are serving his county in the U.S.
Army, a Vietnam Veteran, paying his own way to Honduras on a church mission, has voted in every election since he
was of age, has belonged to the same church for 20 years, volunteered working at election polls and a true provider
for his family. He is the All-American family man.

My Uncle's presence in my life has given me the example of what a decent, genuine, caring, selfless human is. An
entrepreneur, a true patriot, a veteran, a person of God, a good friend, a philanthropist and most of all a family
person.

I hope my letter has shed some light on who the man is standing before you. I know you are faced with difficult
decisions every day. Howard Richardson is not a malicious man nor holds any ill will towards anyone. He has taken
accountability and has received consequences for his actions. I pray that you see his incarceration as acceptable
retribution and rehabilitation. Please choose to send him home to his family, friends and business.

Sincerely,
Maureen Richardson
mobella31@gmail.com

July 14, 2022

To Whom It May Concern:

My name is Tim Leo.  Howard Richardson is my uncle. Uncle Howard has always been there for me and my family.  When I was 16 years old, Uncle Howard cosigned for my first car. I will never forget that. Growing up I always looked up to him because of the man he is. He is very respected by everyone. He has been running a successful business for as long as I can remember. He never judged anyone for the wrong they have done. He would try to understand and help in any way possible. Recently Uncle Howard has been trying to help my sister get back on her feet. She has had an addiction problem and fell on hard time. I spoke to him on the phone while he's been incarcerated, and he continues to ask how I am doing and if I need anything even though he is in a tough spot.

Uncle Howard has done many good things such as serving our country in the Army. He fought for our country in the Vietnam War. He runs a successful business which he was just about to put up for sale so he could enjoy retirement in Florida. He will now have to rebuild that business before he can retire. Please consider releasing my Uncle Howard with time served so he can get back to his life and enjoy his family.

Sincerely,

Tim Leo
tim.leo10@yahoo.com
215-431-5906

Virginia Richardson
3608 Essex Lane
Philadelphia, PA 19114

July 6, 2022

Your Honor,

My name is Virginia Richardson and I am the daughter of the defendant Howard Richardson. I am writing on behalf of my father. I am the oldest of Howard's 3 children. My father is a proud and loving Pop Pop to 8 grandkids and 1 great grandchild.

In his earlier years, he served in the Vietnam War. After serving, he decided to start his own business in 1977, which is currently still operating. My father is active in the church and serves the community regularly. Over the years, my father has also volunteered with various charities and has been very generous with his money to the underprivileged. In the early 90's, he even traveled to Honduras to help build houses for low income families that were affected by the devastating storms.

Prior to this incident, my father was planning to sell his business and retire at the age of 72. Unfortunately, now he will not be able to retire.  Over the past 7 months, his incarceration has affected the family and created an extreme hardship for his dear friend Linda Volpe.  Linda has stepped up into a critical role over the past months.  She has kept his business and personal finances going on a day to day basis while still working her own full time job.

My father has expressed remorse over this incident.  He has realized that his actions have hurt not just himself but his family, close friends, and his business.  I have confidence that he will make better decisions in the future.  I hope you will consider the testimony in this letter before this court.


Sincerely,

Virginia Richardson

Kimberly Cichonski
11 Parry Road
Cinnaminson, NJ 08077
Kimmy0526@msn.com

July 13th 2022

To Whom It May Concern,

My name is Kimberly Cichonski and I am the daughter of the defendant Howard Richardson. I was raised by my parents in Philadelphia and moved to New Jersey with my husband, two daughters and mother in law about 10 years ago.   I am lucky to have two siblings; an older sister and a twin brother. As I read over other letters written on behalf of my father, I see that we all have the same thoughts and feelings regarding my father.

My father was the first born into a family with 5 siblings; 1 brother and 4 sisters.  Throughout my life, I have always seen my dad as a strong and dependable father, brother, uncle and grandfather.  My father has always been a man of faith and has been a member of the same church over 20 years. He is a true patriot and veteran who served in Vietnam. Over the last 45 years has own his own exterminating business and has always offered a helping hand to those in need.  In short, his is a good person with a passion for his beliefs and a true dedication to his family.

Prior to his incarnation, my father had been working 6 days a week to maintain the level of service his customers have come to expect.  He had begun to make plans to sell the business as it was time to retire.  He wanted to spend more time with his family and travel more.  Unfortunately, retirement will now be out of reach. This ordeal has placed an extensive amount of stress and created a financial hardship for our family as well as dear friend Linda Volpe.  Linda has been the glue holding us all together – keeping us up to date with news from his lawyer while doing her best to maintain his business and household.

I know that my father has thought a lot around the events of January 6th and the actions taken with much sadness and regret. It was never his intent to cause anyone harm and truly sees the heartache and pain that he has caused for himself, our family and close friends.

It must be difficult for you to make decisions like this when you do not actually know the person standing in front of you. I hope that look at my letter and the dozens of other letters that you are receiving and understand that Howard Richardson is the kind of person around whom people rally. Thank you for taking the time to read my letter and to learn a bit more about my father. I love and miss him dearly and want nothing more for him to come home.

Sincerely,

*Kimberly Cichonski*

Kimberly Cichonski

**From:** richandrews7@gmail.com,
**To:** tom101861@aol.com,
**Subject:** To Whom It May Concern
**Date:** Fri, Aug 5, 2022 9:44 am

To Whom It May Concern

I am a friend of Howard Richardson and have known Howard for over fifteen years.

We attended Hope Community Church together in King of Prussia. He actively participated in our church outreach to help the people in Haiti after the 2010 earthquake. He rented us his time share in Florida for our anniversary. As a real estate agent, I recommended his service (pest control) to clients.

Howard has been nothing but respectful, friendly and kind during our friendship.

Sincerely,

Richard L Andrews, Jr.
412 Union Avenue
Bridgeport, PA 19405
610-202-4988
richandrews7@gmail.com

**From:** lindamvolpe@aol.com,
**To:** tom101861@aol.com,
**Subject:** Fwd: letter
**Date:** Mon, Aug 8, 2022 10:53 pm

-----Original Message-----
From: Kathryn Perretta <kass.perretta@gmail.com>
To: lindamvolpe@aol.com
Sent: Wed, Jun 29, 2022 9:30 am
Subject: letter

Carl & Kathryn Perretta
205 Brownlie Road
King of Prussia, PA 19406

To Whom It May Concern:

Carl and I have known Howard Richardson for over 25 years. We first met him when we were looking for an exterminator to do a large job at our home. We interviewed a few candidates, but Howard stood out among his competitors. Upon meeting him for the first time we realized his knowledge of the business and his sincerity. After hiring him we came to know his honesty and integrity, and what a wonderful work ethic he had. Unlike some other exterminators we had heard about, Howard was upfront and honest in his pricing and work ethic.
As he continued to exterminate our house we became friends. We have been his home, he has been to ours and we have traveled with him.
Howard is a very religious man with a deep faith in God. Many Sundays, on his way home from religious services, he stops by our home just to say hi.
Howard is also a veteran who honorably served our country. He continues to lend support to our troops in varied ways. He is always available to help a fellow veteran or anyone who needs his assistance.
We are proud to call Howard our friend.

Sincerely,
Carl and Kathryn Perretta

### *CERTIFICATE OF SERVICE*

I, Thomas C. Egan III, Esquire, hereby certify that I caused this Sentencing Memorandum

to be served upon the following persons and/or entities via electronic filing:

Clerk of Courts
United States District Court
District of Columbian

Honorable Colleen Kollar-Kotelly
United States District Court
District of Columbia

Emily Allen, Esquire
Assistant United States Attorney
222 W. 7th Avenue
Anchorage, Alaska

Date:   8/17/22

_____
/s/      Thomas C. Egan III, Esquire