UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:21-cr-721 (CKK) |
| v. | : | |
| | : | |
| HOWARD CHARLES RICHARDSON, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF NON-OPPOSITION TO PRESS COALTION APPLICATION

Pursuant to Standing Order No. 21-28 (BAH) and Local Criminal Rule 49(e)(1), the government hereby gives notice that it has no objection to the public release of the video exhibits previously provided to the Court and as listed in the Government's Sentencing Memorandum (ECF No. 35). In response to the Press Coalition's Application for Access to Video Exhibits (ECF No. 41), the government has no opposition. Upon order of the Court granting its application, the government will make the video exhibits available using the "drop box" solution set forth in Standing Order 21-28.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Emily W. Allen*
EMILY W. ALLEN, Cal. Bar No. 234961
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
emily.allen@usdoj.gov
(907) 271-4724

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true and correct copies of the foregoing to be served on counsel of record for the defendant via the Court's Electronic Filing System, and to be served via electronic mail on the following:

>Charles D. Tobin (#455593)
>tobinc@ballardspahr.com
>
>Maxwell S. Mishkin (#1031356)
>mishkinm@ballardspahr.com
>
>Lauren Russell (#1697195)
>russelll@ballarspahr.com
>
>Ballard Spahr LLP
>1909 K Street, NW, 12th Floor
>Washington, DC 20006

Dated: September 21, 2022

             Respectfully submitted,

         By: /s/ *Emily W. Allen*
            EMILY W. ALLEN
            Assistant United States Attorney