# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HOWARD CHARLES RICHARDSON,<br><br>Defendant. | Criminal No. 21-721 (CKK) |

**ORDER**
(September 22, 2022)

Pending before this Court is the Press Coalition's [41] Application for Access to Video Exhibits. On September 21, 2022, this Court ordered that the Government and Defendant should indicate by noon on September 22, 2022, if they have any objections to this application. The Government filed a [42] Notice of Non-Objection, and Defendant filed no objection. Accordingly, it is this 22nd day of September 2022, hereby

ORDERED that the Press Coalition's [41] Application for Access to Video Exhibits is GRANTED. The Government shall make the videos referenced in the application available to applicants within seventy-two (72) hours in accordance with the procedure set forth in Standing Order No. 21-28 (May 14, 2021), and it is further

ORDERED that the applicants shall be permitted to record, copy, download, retransmit, and otherwise further publish these video exhibits.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE