21-cr-721-CKK

TO: Collen Kollar-Kotelly

FROM: Howard C. Richardson

SUBJECT: Am requesting that the Federal Court of District of Columbia grant my petition for legal counsel as provided by law. I have petitions to bring before the court, however I believe I need legal assistance, to assist & be more prudent before the court! Please respond as quickly as able.

Howard C. Richardson

LEAVE TO FILE GRANTED
Judge CKollar-Kotelly
Oct 8, 2024

FILED
OCT 03 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia