# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOWARD CHARLES RICHARDSON,<br>Defendant. | Criminal Action No. 21-00721 (CKK) |

## ORDER

Pending before this Court is Defendant Howard Richardson's [46] *Pro Se* Motion to Appoint Counsel, which requests appointment of counsel to assist him with "petitions [he will] bring before the Court." Motion, ECF No. 46, at 1. The Court notes that Defendant does not provide any additional information about the basis of any "petitions" he intends to file, and furthermore, Defendant has already filed a motion for compassionate release, which was denied. *See* April 4, 2024 Memorandum Opinion and Order, ECF No. 45. Moreover, Defendant provides no references to statutory or case law authority to support his request for counsel. The Court looks to 18 U.S.C. §3006A (a)(1), which provides for the appointment of counsel, *inter alia*, to persons charged with a felony, or a violation of probation or supervised release, or those facing loss of liberty or entitled to counsel under the Sixth Amendment. Subsection (a)(2) discusses appointment of counsel when a person seeks relief under "section 2241, 2254, or 2255 of title 28." 18 U.S.C. §3006A(a)(2)(B). Defendant's request for counsel is made post-sentencing, while he is incarcerated, and it relates to assistance with vague "petitions," and as such, it is not encompassed within 18 U.S.C. §3006A. Accordingly, it is this 17th day of October, 2024,

ORDERED that Defendant's [46] *Pro Se* Motion for Appointment of Counsel is DENIED. A copy of this Order shall be mailed to the Defendant.

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE